U.S. COURTS

JUN 22 2010

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

Bret Armacost

Plaintiff(s):

vs.

HSBC Bank USA, National Association   Defendant(s):
and Northwest Trustee Services, Inc.

**AFFIDAVIT OF SERVICE**

Case Number: 10-0274-CV LMB

COUNTY OF ERIE          )
                        :ss
STATE OF NEW YORK       )

COMES NOW, _Charles E. Amos_, being first duly sworn upon oath, and hereby deposes and says: That I am over the age of eighteen (18) years, and not a party to the action or related to any of the parties in the above entitled action. I received a true copy of the **Summons, Complaint, Notice of Pendency of Action** and delivered the same upon **HSBC Bank USA, National Association** by delivering to and leaving with:

(Name) _MELISSA SUSHOCKI_  (Title) _CLUSTER OPERATIONS OFFICER_
a person authorized to accept service on behalf of HSBC Bank USA, National Association.

At:(Address) _135 DELAWARE AVE BUFFALO, NY 14202_

(City, State) _BUFFALO, NEW YORK_

on the _4TH_ day of _JUNE_, 2010, at _11:30_ o'clock _A_.m.

_Charles E. Amos_
PROCESS SERVER

Subscribed and sworn to before me on this _4th_ day of _June_, 2010.

_Signia I. Morales_
NOTARY PUBLIC
Residing at _43 Boyd ST BFlo, NY 14213_
Commission Expires: _1/23/14_

SIGNIA I. MORALES
Notary Public - State of New York
No. 01MO6140165
Qualified in Erie County
My Commission Expires January 23, 20_14_

Our Reference Number: 96040

**ORIGINAL**